**FILED**
May 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:12-mj-00127-GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| MICHAEL KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Michael Kelley; Case 2:12-mj-00127-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  _\_\_  Release on Personal Recognizance

  _\_\_  Bail Posted in the Sum of _____

  _X_  Unsecured Appearance Bond in the amount of $50,000.00; co-signed

      by defendant's mother, Lisa Kelley

  _\_\_  Appearance Bond with 10% Deposit

  _\_\_  Appearance Bond secured by Real Property

  _\_\_  Corporate Surety Bail Bond

  _X_  (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  5/17/2012  at  2:25 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge